DAVID W. TYRA, State Bar No. 116218
dtyra@kmtg.com
ALEC D. TYRA, State Bar No. 339922
atyra@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile:  (916) 321-4555

Attorneys for Defendants Associated Students, Incorporated and Jonathan Luke Wood

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOSIAH MALCHIEL ISRAEL BEN-ONI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN LUKE WOOD, et al.,<br><br>　　　　Defendants. | Case No. 2:24-CV-02769-DJC-JDP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT JONATHAN LUKE WOOD'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>*Filed concurrently with Ex Parte Application and Declaration of Alec D. Tyra*<br><br>Complaint Filed: October 8, 2024 |

This Court having considered the papers and arguments submitted in connection with Defendant Jonathan Luke Wood's Ex Parte Application for Extension of Time to Respond to Plaintiff's Complaint, hereby orders that:

　　1.　Defendant Jonathan Luke Wood's Ex Parte Application for Extension of Time to Respond to Plaintiff's Complaint is GRANTED.

　　2.　Defendant Jonathan Luke Wood shall file his response to Plaintiff's Complaint on or before December 6, 2024.

/ / /

4865-2738-0982.1 011996.032

[PROPOSED] ORDER GRANTING DEFENDANT JONATHAN LUKE WOOD'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

IT IS SO ORDERED.

Dated:   November 7, 2024                    _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

4865-2738-0982.1 011996.032

2

[PROPOSED] ORDER GRANTING DEFENDANT JONATHAN LUKE WOOD'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT