# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOSIAH MALCHIEL ISRAEL BEN-ONI,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN LUKE WOOD, et al.,<br><br>Defendants. | Case No. 2:24-cv-2769-DJC-JDP<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANTS' APPLICATION TO CONTINUE STATUS CONFERENCE**<br><br><br>Complaint Filed: October 8, 2024 |

This Court, having considered the papers and arguments submitted in connection with Defendants Associated Students, Incorporated's and Jonathan Luke Wood's Application to Continue the July 17, 2025 Status Conference, hereby **GRANTS** the Application. The Status Conference currently scheduled for July 17, 2025 is continued to August 21, 2025. The parties shall file status reports in accordance with the court's June 3, 2025 order, ECF No. 58, by no later than August 7, 2025.

1
2  IT IS SO ORDERED.
3
4  Dated:   June 10, 2025                              _____
5                                                      JEREMY D. PETERSON
                                                       UNITED STATES MAGISTRATE JUDGE
6
7
...
28